1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MOODY WOODROW TANKSLEY,                    No.  2:21-cv-1977 KJM DB PS

12                    Plaintiff,

13           v.                                  FINDINGS AND RECOMMENDATIONS

14    CHRISTOPHER BAKER, et al.,

15                    Defendants.

16

17           Plaintiff Moody Woodrow Tanksley is proceeding in this action pro se.  This matter was

18    referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19    By order signed April 11, 2022, plaintiff's complaint was dismissed, and plaintiff was granted

20    leave to file an amended complaint that cured the defects noted in that order.  (ECF No. 3.)

21    Plaintiff was granted twenty-eight days from the date of that order to file the amended complaint

22    and was specifically cautioned that the failure to respond to the court's order in a timely manner

23    could result in a recommendation that this action be dismissed.  (Id. at 5.)  The twenty-eight-day

24    period has expired, and plaintiff has not responded to the court's order in any manner.

25    ////

26    ////

27    ////

28    ////

                                                1

1      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

2  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3      These findings and recommendations will be submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days

5  after being served with these findings and recommendations, plaintiff may file written objections

6  with the court.  A document containing objections should be titled "Objections to Magistrate

7  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within

8  the specified time may, under certain circumstances, waive the right to appeal the District Court's

9  order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  October 18, 2022

11

12                                              _____

13                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25  DLB:6

26  DB\orders\orders.pro se\tanksley1977.fts.f&rs

27

28

                                              2